IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehar Khurram Shahzad,<br><br>    Petitioner,<br><br>v.<br><br>John Gurule, Field Office Director, Arizona,<br><br>    Respondents. | No. CV13-1176 PHX DGC (MEA)<br><br>**ORDER** |

Petitioner Mehar Khurram Shahzad has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 alleging that his continued detention without a bond hearing violated federal law and Petitioner's constitutional rights. Doc. 1. Petitioner subsequently filed a motion for bond hearing. Doc. 24. United States Magistrate Mark E. Aspey has issued a report and recommendation ("R&R") recommending that the motion for bond hearing be denied and this matter be dismissed. Doc. 27. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 27) is **accepted**.
2. Petitioner's motion for bond hearing (Doc. 24) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on

*appeal are* **denied**

4. The Clerk is directed to **terminate** this action.

Dated this 24th day of February, 2014.

*David G. Campbell*
───────────────────────────────
David G. Campbell
United States District Judge